## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

ROBERT PANKOW and JOSEPH
DILLARD,

     Plaintiffs,

v.

CENTURION EXTERIORS, INC., JOHN
BAUGH and BARRY BROOKS,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3-11-0372
Jury Demand
District Judge Sharp
Magistrate Judge Bryant

---

### ORDER OF DISMISSAL

---

It appearing to the Court, as evidenced by the signature of Joseph Dillard below, that all claims which were raised or which could have been raised in this lawsuit by Joseph Dillard against the Defendants have been compromised and settled, and should be and are hereby dismissed with prejudice.

It is so **ORDERED.**

*Kevin H. Sharp*
_____
**Judge Kevin Sharp**

_Joseph Dillard_
Joseph Dillard

STATE OF TENNESSEE                    )
COUNTY OF DAVIDSON                 )

     Personally appeared before me, a Notary Public in and for the aforesaid State and County, Joseph Dillard, to me known (or proved to me on the basis of satisfactory evidence) to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

     WITNESS my hand, at office, this 2 day of March, 2012.

                                 Notary Public

My Commission expires: 3/10/12

MARK OYSTON
NOTARY
PUBLIC
AT
LARGE
DAVIDSON COUNTY, TN.